UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-23495-CIV-GOLD/WHITE

MONICA BROWN,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon Magistrate Judge White's Report and Recommendation ("the Report"). [ECF No. 11]. In the Report, Judge White recommends that Movant Brown's Motion to Vacate pursuant to 28 U.S.C. § 2255 [ECF No. 1] be denied because the she cannot satisfy the prejudice or actual innocence requirement necessary to overcome the procedural default barring review of her claim on the merits. Neither Party has filed objections to the Report, and the time for doing so has expired.  Upon an independent review of the Report, the record and applicable case law, as well as noting that no objections have been filed, it is hereby:

ORDERED AND ADJUDGED:

1. The Report, [ECF No. 11], is **AFFIRMED AND ADOPTED**.

2. For the reasons discussed in the well-reasoned Report, the Movant's Motion to Vacate pursuant to 28 U.S.C. § 2255 [ECF No. 1] is **DENIED**.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings are **CANCELLED**.

5. This case is **CLOSED**.

DONE and ORDERED in Chambers in Miami, Florida, this 20 day of January, 2011.

*[signature]*

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Patrick A. White
All counsel of record

Monica Brown
Federal Correctional Institute
Danbury
Route 37
Danbury, CT 06811